IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 NOV 18 AM 11: 02
DEPUTY CLERK_____

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. |
| WALTER JAVIER SALGADO-ROSALES (01) | |

INDICTMENT

4-15CR-262-A

The Grand Jury Charges:

Count One

Illegal Reentry After Deportation
(Violations of 8 U.S.C. §§ 1326(a) and (b)(1)/(2))

On or about October 4, 2015, in the Fort Worth Division of the Northern District of Texas, defendant **Walter Javier Salgado-Rosales**, an alien, was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about on February 27, 2014, and that the defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States.

Indictment - Page 1

In violation of 8 U.S.C. §§ 1326(a) and (b)(1)/(2).

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
J. MICHAEL WORLEY
Assistant United States Attorney
Texas State Bar No. 22001400
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

WALTER JAVIER SALGADO-ROSALES (01)

INDICTMENT

8 U.S.C. §§ 1326(a) and (b)(1)/(2)
Illegal Reentry After Deportation

(1 COUNT)

4-15CR-232-A

A true bill rendered

DALLAS                                                      FOREPERSON

Filed in open court this 18th day of November 2015.

_____ Clerk

In Federal Administrative Custody – Warrant to Issue

UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Criminal Matter Pending